UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

JOHN DOE,

        Plaintiff,　　　　　　　　　　　　　Case Number 24-12511
v.　　　　　　　　　　　　　　　　　　Honorable David M. Lawson

OAKLAND UNIVERSITY, OAKLAND
UNIVERSITY BOARD OF TRUSTEES,
and DR. BARBARA S. DUCATMAN,

        Defendants.
_____/

### ORDER GRANTING IN PART STIPULATION AND ADJOURNING PRELIMINARY INJUNCTION HEARING

On September 25, 2024, the Court scheduled a hearing on the plaintiff's motion for a preliminary injunction for October 3, 2024 and set a September 30, 2024 deadline for the defendants to respond to the motion. The parties now have filed a stipulation to adjourn the hearing due to the upcoming Jewish holidays and counsel's travel schedule. The parties also ask that the defendants' deadline to respond be extended to October 2, 2024. The Court has considered the request and finds that it should be granted in part. The Court will adjourn the hearing to October 7, 2024 but maintain the present response deadline.

Accordingly, it is **ORDERED** that the hearing on the plaintiff's motion for a preliminary injunction is **ADJOURNED** to **October 7, 2024 at 11:00 a.m.** The stipulation is denied in all other respects.

                                                s/David M. Lawson
                                                DAVID M. LAWSON
                                                United States District Judge

Dated:　September 27, 2024