UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

JOHN DOE,

        Plaintiff,

v.                                                                               Case Number 24-12511
                                                                           Honorable David M. Lawson

OAKLAND UNIVERSITY, OAKLAND
UNIVERSITY BOARD OF TRUSTEES, and
DR. BARBARA S. DUCATMAN,

       Defendants.
_____/

## ORDER DIRECTING PARTIES TO FILE SUPPLEMENTAL BRIEFING

On October 7, 2024, the parties appeared before the Court for a hearing on the plaintiff's motion for a preliminary injunction. During the hearing, the parties requested an opportunity to submit supplemental briefs and evidence on several matters relevant to the relief requested in the motion. The Court therefore announced from the bench its decision to permit the parties to file supplemental materials.

Accordingly, it is **ORDERED** that the plaintiff may file a supplemental brief and evidence in support of his motion for a preliminary injunction **on or before October 14, 2024**. The defendants may file their response **on or before October 21, 2024**.

                                                                       s/David M. Lawson
                                                                       DAVID M. LAWSON
                                                                       United States District Judge

Dated:  October 7, 2024