# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

JOHN DOE,

      Plaintiff,

v.

OAKLAND UNIVERSITY, et al.

      Defendants.

Case No.: 24-cv-12511

Hon. David M. Lawson

Magistrate Judge
Elizabeth A. Stafford

| **NACHTLAW, P.C.** | **BUTZEL LONG** |
|---|---|
| Fabiola A. Galguera (P84212) | Daniel B. Tukel (P34978) |
| Grace Cathryn Cretcher | 201 W. Big Beaver Road, Suite 1200 |
| 501 Avis Dr, Ste 3 | Troy, Michigan 48084 (248) 258-1616 |
| Ann Arbor, MI 48104 | tukel@butzel.com |
| (734) 663-7550 | *Attorneys for Defendants* |
| fgalguera@nachtlaw.com | |
| *Attorneys for Plaintiff* | |

## NOTICE OF WITHDRAWAL OF PLAINTIFF'S MOTION

Plaintiff and Defendant, through their counsel, have reached a resolution of Plaintiff's Motion for Temporary Restraining Order and Prelimary Injunction (ECF Nos. 2 and 14); therefore, Plaintiff withdraws the Motion and the supplemental briefing.

    Respectfully submitted,

    /s/ Fabiola Galguera
    Fabiola A. Galguera (P84212)
    Grace Cathryn Cretcher
    NACHTLAW, P.C.
    *Attorneys for Plaintiff*

501 Avis Drive, Suite 3  
Ann Arbor, MI 48108  
(734) 663-7550  
fgalguera@nachtlaw.com  
gcretcher@nachtlaw.com  

Dated: October 21, 2024

## PROOF OF SERVICE

The undersigned certifies that on this 21st day of October 2024, a copy of the Notice was filed via the Court's CM/ECF system, which will cause an electronic copy to be served on all counsel of record.

/s/ Karina Alvarez  
Karina Alvarez, Litigation Paralegal

2