UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

JOHN DOE,

        Plaintiff,                                              Case Number 24-12511

v.                                                               Honorable David M. Lawson

OAKLAND UNIVERSITY, OAKLAND
UNIVERSITY BOARD OF TRUSTEES,
and DR. BARBARA S. DUCATMAN,

        Defendants.

_____/

### ORDER OF DISMISSAL

On December 2, 2024, the parties filed a stipulation to voluntarily dismiss without prejudice all of the plaintiff's claims against the defendants.  *See* Fed. R. Civ. P. 41(a)(1)(A)(ii).  The case therefore will be dismissed.

Accordingly, it is **ORDERED** that the case is **DISMISSED WITHOUT PREJUDICE** and without costs to any party.

                                                                  s/David M. Lawson
                                                                   DAVID M. LAWSON
                                                                   United States District Judge

Dated:  December 2, 2024